IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**WILLIE SANDIFER and DORIS SANDIFER,**
**and JAMES and EVERLINA CLAY**                                **PLAINTIFFS**

**VERSUS**                                          **CIVIL ACTION NO. 4:05CV173-P-A**

**COLDWELL BANKER REAL**
**ESTATE CORPORATION, COLDWELL**
**BANKER FIRST GREENWOOD-LEFLORE**
**REALTY, INC., LEFLORE PROPERTIES, INC.,**
**JIM PRUETT, LINDA PRUETT, BANK OF**
**COMMERCE, OPTION ONE MORTGAGE**
**CORPORATION, AND STATE BANK &**
**TRUST COMPANY**                                              **DEFENDANTS**

## ORDER

This cause is before the Court on the plaintiffs' Motion to Stay [55-1]. The Court, having reviewed the motion, the response, the authorities cited and being otherwise fully advised in the premises, finds as follows, to-wit:

That the motion is not well-taken and should be denied for the reasons articulated in the defendant's opposition to the instant motion.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the plaintiffs' Motion to Stay [55-1] is not well-taken and should be, and hereby is, DENIED.

SO ORDERED, this the 13th day of July, 2006.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE